# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JUSTIN CHASE HARRELL,**<br>    Plaintiff, | Civil Action No. 7:21-cv-00102 |
| v. | **OPINION** |
| **ARMOR CORRECTIONAL HEALTH SERVICES, et al,**<br>    Defendant(s), | By:  Glen E. Conrad<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 22, 2021, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period (August 2020-January 2021) immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On March 11, 2021, Plaintiff submitted the signed form from the trust officer and the trust certificate of account history, however, the required six-month statements were not included. On March 12, 2021 the Court gave Plaintiff one last opportunity to cure the deficiencies by submitting the required six-month statements. On March 29, 20201, Plaintiff returned the trust certificate of account history but did not return the six-month statements as required.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This <u>6th</u> day of April, 2021.

                                                    Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JUSTIN CHASE HARRELL,**<br>    Plaintiff, | Civil Action No. 7:21-cv-00102 |
| v. | **DISMISSAL ORDER** |
| **ARMOR CORRECTIONAL HEALTH SERVICES, et al,**<br>    Defendant(s), | By:  Glen E. Conrad<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER:  This <u>6th</u> day of April, 2021.

                                              /s/ Glen Conrad
                                      Senior United States District Judge